FILED

2015 MAR -5 PM 4:07

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and
THE STATE OF FLORIDA,

      Plaintiffs,

*ex rel.*
LARA SHANE and
SUSAN LATVALA,

      Relators,

v.

Case No. 8:14-cv-1496-T-35-EAJ

EX PARTE
UNDER SEAL
[31 U.S.C. § 3730(b)(2)]

Mavericks In Education Florida, LLC;
Frank Attkisson; Charles Barnett;
Frank Biden; Lauren Hollander;
Mark Rodberg; Michael Rosen;
Cathy Wooley-Brown,
New Alternatives in Education of
Broward County, Inc.;
New Alternatives in Education of
Miami Dade County, Inc.;
New Alternatives in Education of
Palm Beach County, Inc.;
New Alternatives in Education of
Osceola County, Inc.;
School Property Development, LLC;
School Property Development 2, LLC;
School Property Development
at Oakton Commons, LLC;
School Property Development
Glenn Ridge, LLC;
School Property Development
Greenacres, LLC;
Hiatt School Property Development, LLC;
School Property Development Jupiter, LLC;


**School Property Development
JYP Osceola, LLC;
School Property Development
Pembroke Pines, LLC;
School Property Development RPB, LLC;
School Property Development RPB North, LLC;
School Property Development WPB, LLC;
Rodberg Tallahassee Investments;
Next Generation in Education, LLC;
Rodberg Management Inc.;
P&T Construction, Inc.;
Rodberg Property Inc.;
Rodberg Construction Inc.;
National School Properties, LLC;
SPD Tallahassee; and
Barnett Properties, LLC,**
                                                 **Defendants.**
                                                                    /

## GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(c)(3), which allows the Relators to maintain the action in the name of the United States--subject, however, to the proscription of § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should the Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings, motions, responses, replies, notices, and any other paper filed in this action be served upon the United States through the undersigned counsel and, additionally, that all Orders,

Notices, and other papers issued by the Court be so served on counsel for the United States. The United States also reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. See id.

Finally, the United States requests that--except for Relators' Complaint, this Notice, and the Order unsealing this case--all papers ordered to remain under seal by this Court's prior Orders be and remain under seal. This is requested because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Date:  March 5, 2015

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

*/s/ Charles T. Harden*

**Charles T. Harden III**
Assistant United States Attorney
Florida Bar No. 97034
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2015, I caused a copy of the foregoing *Notice of Election to Decline Intervention* and proposed *Order* thereon to be sent to the following person by United States First Class Mail, postage pre-paid:

Ryan Barack
Kwall, Showers & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755
*Counsel for the Relators*

*Charles T. Harden*
**Charles T. Harden III**
Assistant United States Attorney