UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

FILED
2015 MAR -5  PM 4:04

UNITED STATES OF AMERICA *ex rel.*
LARA SHANE AND SUSAN LATVALA,

    Plaintiffs,

v.

MAVERICKS IN EDUCATION FLORIDA, LLC,
*et al.*,

    Defendants.
_____/

Case No. 8:14-cv-1496-T35-EAJ

FILED UNDER SEAL

## NOTICE THAT THE STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS DECLINES TO INTERVENE IN THIS ACTION AND REQUEST FOR CONTINUED SERVICE OF PLEADINGS AND PAPERS

The State of Florida, Department of Legal Affairs (the "Department"), hereby notifies this Court that the Department declines to intervene in this matter.

1. This action was brought by the *qui tam* relators, Lara Shane and Susan Latvala, seeking to recover treble damages and civil penalties against the defendants on behalf of the State pursuant to the Florida False Claims Act. §§ 68.081-68.092, Florida Statutes.

2. Relators allege Defendants presented, or caused to be presented, false or fraudulent claims for payments related to the operation of two charter schools.

3. Pursuant to section 68.083(3), the Department may make its intervention decision within sixty (60) days after receiving the Complaint and all material evidence and information in relators' possession, unless extended.

4. The Department, having completed its review of the allegation and the information supplied by the relators, hereby declines to intervene in this matter. See generally § 68.083(6)(b), Fla. Stat.

5. Should the relators elect to proceed with this action, the Department requests that all

pleadings and papers filed with the Court be served on the Department and sent to the attention of undersigned counsel. See generally § 68.084(3), Fla. Stat.

Respectfully submitted, this second day of March, 2015.

**PAMELA JO BONDI**
Attorney General

*Russell S. Kent*
Russell S. Kent
Special Counsel
Bar No. 0020257
Russell.Kent@myfloridalegal.com
Department of Legal Affairs
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to the following counsel of record on March 2, 2015

Ryan D. Barack
Michelle Erin Nadeau
Kwall, Showers & Barack, PA
133 North Fort Harrison Ave.
Clearwater, Florida 33755

*Russell S. Kent*
Russell S. Kent