UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
ex rel. **LARA SHANE and SUSAN LATVALA,**

      Plaintiffs,

Case No: 8:14-cv-1496-T35-EAJ

v.

**Mavericks In Education Florida, LLC; Frank Attkisson; Charles Barnett; Frank Biden; Lauren Hollander; Mark Rodberg; Michael Rosen; New Alternatives in Education of Broward County, Inc.; New Alternatives in Education of Miami Dade County, Inc.; New Alternatives in Education of Palm Beach County, Inc.; New Alternatives in Education of Osceola County, Inc.; School Property Development, LLC; School Property Development 2, LLC; School Property Development at Oakton Commons, LLC; School Property Development Glenn Ridge, LLC; School Property Development Greenacres, LLC; Hiatt School Property Development, LLC; School Property Development Jupiter, LLC; School Property Development JYP Osceola, LLC; School Property Development Pembroke Pines, LLC; School Property Development RPB, LLC; School Property Development RPB North, LLC; School Property Development WPB, LLC; Rodberg Tallahassee Investments; Next Generation in Education, LLC; Rodberg Management Inc.; P&T Construction, Inc.; Rodberg Property Inc.; Rodberg Construction Inc.;**

**National School Properties, LLC;**
**SPD Tallahassee; Barnett Properties,**
**LLC,**

      **Defendants.**

_____/

## RELATORS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relators Lara Shane and Susan Latvala, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss the above-styled action without prejudice. Counsel for Relators has notified the government of their intent to file this notice of voluntary dismissal. The government has notified Relators that it does not object to the dismissal so long as the dismissal expressly provides that it is without prejudice to the rights of the United States.

      Respectfully submitted,

      /s/ Ryan D. Barack
      **Ryan D. Barack**
      Florida Bar No. 0148430
      Primary: rbarack@ksbclaw.com
      Secondary: jackie@ksbclaw.com
      **Michelle Erin Nadeau**
      Florida Bar No. 0060396
      Primary: mnadeau@ksbclaw.com
      Secondary: jackie@ksbclaw.com
      **Kwall, Showers, Barack & Chilson, P.A.**
      133 North Fort Harrison Avenue
      Clearwater, Florida 33755
      (727) 441-4947
      (727) 447-3158 Fax
      Attorneys for *Qui Tam* Relators

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the Court's Electronic Filing System on May 22, 2015 to the attorneys of record

/s/ Ryan D. Barack
**Attorney**
